## 39997. SHIRLEY v. THE STATE.

### ORDER OF COURT.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Hill, C. J., who dissents.*

ORDERED SEPTEMBER 27, 1983.

*Garland, Nuckolls & Catts, John A. Nuckolls,* for appellant.

*Arthur E. Mallory III, District Attorney, Robert H. Sullivan, Assistant District Attorney,* for appellee.